# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DONALD LEE AND | : | |
| JOYCE LEE | : | BANKRUPTCY NO. 15-15235-mdc |
| | : | |
| Debtors. | : | |
| | : | |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF COURT

Kindly withdraw the Chapter 7 Trustee Omnibus Objection filed on July 7, 2016 at D.I. 75 *with respect to Claim Nos. 10 and 11 only*. The Objection to Claim No. 1 shall remain in full force and effect.

Dated: August 3, 2016         GELLERT SCALI BUSENKELL & BROWN, LLC

By: /s/ Holly E. Smith
Gary F. Seitz, Esquire
Holly E. Smith, Esquire
The Curtis Center
601 Walnut Street, Suite 470W
Philadelphia, PA 19106
Telephone: (215) 238-0010
Fax: (215) 238-0016
E-mail: gseitz@gsbblaw.com
    hsmith@gsbblaw.com

*Counsel for Chapter 7 Trustee*