**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | ) | **Chapter 7** |
| **In re:** | ) | |
| | ) | |
| **DONALD LEE and JOYCE LEE,** | ) | **Case No. 15-15235-mdc** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## <u>ORDER</u>

AND NOW, upon consideration of the Chapter 7 Trustee's objection to proof of claim number 1 filed by Santander Bank, it is hereby ORDERED that the objection is granted; and it is further ORDERED that claim number 1 is DISALLOWED in all respects pursuant to Federal Rule of Bankruptcy Procedure 3007.

Dated:  Philadelphia, Pennsylvania
_____, 2016

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE