IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 )  ) |
| DONALD LEE and JOYCE LEE, | ) Case No. 15-15235-mdc ) |
| Debtor. | ) ) |

### ORDER

AND NOW, upon consideration of the Chapter 7 Trustee's objection to proof of claim number 1 filed by Santander Bank, it is hereby ORDERED that the objection is granted; and it is further ORDERED that claim number 1 is DISALLOWED in all respects pursuant to Federal Rule of Bankruptcy Procedure 3007.

Dated: Philadelphia, Pennsylvania
_August 23_, 2016

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE