United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald Lee
Joyce Lee
          Debtors

Case No. 15-15235-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Aug 24, 2016
                             Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db/jdb    +Donald Lee,   Joyce Lee,   2800 Navajo Path,   Ambler, PA 19002-3634
cr        +SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK,   2 Aldwyn Lane,   Villanova, PA 19085-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JP Morgan Chase Bank, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          CRAIG H. FOX    on behalf of Creditor    Ambler Savings Bank bankruptcy@foxandfoxlaw.com,
          cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, hsmith@gsbblaw.com
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Broker    Coldwell Banker Residential Brokerage
          hsmith@gsbblaw.com
          JEFFREY L. GOODMAN    on behalf of Creditor    SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK
          jgoodman@sovereignbank.com, LTorres1@Sovereignbank.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Joyce  Lee ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor Donald  Lee ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Donald  Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Joyce  Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
          Scott  Kessler    shkajk@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 17

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| DONALD LEE and JOYCE LEE, | ) Case No. 15-15235-mdc |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER

AND NOW, upon consideration of the Chapter 7 Trustee's objection to proof of claim number 1 filed by Santander Bank, it is hereby ORDERED that the objection is granted; and it is further ORDERED that claim number 1 is DISALLOWED in all respects pursuant to Federal Rule of Bankruptcy Procedure 3007.

Dated: Philadelphia, Pennsylvania
August 23, 2016

MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE