## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        :

                              :        Chapter 7
                              :        CASE NO. 15-15235-mdc

Donald Lee and Joyce Lee           :

                Debtor       :

### ENTRY OF APPEARANCE

TO CLERK OF SAID COURT:

Enter my appearance on behalf of Santander Bank, N.A. formerly Sovereign Bank, N.A. formerly Sovereign Bank (creditor)

Papers may be served at the address set forth below.

> Rebecca K. McDowell, Esq.
> Attorney I.D. # 315832
> Saldutti Law Group
> 800 North Kings Highway, Suite 300
> Cherry Hill, NJ 08034
> Email: rmcdowell@slgcollect.com
> 856-324-5014
> 856-281-3778 (facsimile)

Date: 10. 13. 16                Signature: _____

### WITHDRAWAL OF APPEARANCE

TO CLERK OF SAID COURT:

Withdraw my appearance on behalf of Santander Bank, N.A. formerly Sovereign Bank, N.A. formerly Sovereign Bank (creditor). Rebecca K. McDowell, Esquire has entered her appearance for the aforementioned party.

I hereby certify that this change of attorneys is not intended to, nor will it, delay this proceeding to the best of my knowledge, information and belief.

Date: 9/23/16                Signature: _____
                                   Print Name: Jeffrey L. Goodman, Esquire