IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| DONALD LEE | ) | CASE NO. 15-15235-MDC |
| JOYCE LEE | ) | |
| | ) | TRUSTEE'S REPORT |
| Debtors | ) | OF REAL ESTATE SALE |
| | ) | |

    Pursuant to Fed. R. Bankr. P. 6004(f)(1), Gary F. Seitz, Trustee in the above-captioned case, reports that pursuant to the April 5., 2016 order authorizing a sale of real estate located at 21 Woodhaven Drive, Simsbury, CT, Doc. No. 58, the sales transaction has closed as set forth on the attached disclosure statement. A disclosure of the closing costs is attached hereto as Exhibit A and is incorporated herein by this reference.

May 11, 2017  
    DATE

/s/ Gary F. Seitz  
_____  
Gary F. Seitz, Trustee  
Gellert Scali Busenkell & Brown LLC  
The Curtis Center  
601 Walnut Street, Ste 750 W  
Philadelphia, PA 19106

EXHIBIT "A"

## Closing Disclosure

**Closing Information**
- Date Issued: 4/14/2016
- Closing Date: 4/20/2016
- Disbursement Date: 4/20/2016
- Settlement Agent: Lawrence & Jurkiewicz, LLC
- File #:
- Property: 21 Woodhaven Drive, Simsbury, CT 06070
- Sale Price: $280,000.00

**Transaction Information**
- Borrower: Aimee Heuschkel, 53 Canal Street, Weatogue, CT 06089
- Seller: Gary F. Seitz, Esq., Trustee, 601 Walnut Street, Suite 280, Philadelphia, PA 19106

### Summaries of Transactions

**SELLER'S TRANSACTION**

| | | |
|---|---|---:|
| **Due to Seller at Closing** | | **$281,536.06** |
| 01 | Sale Price of Property | $280,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |

*Adjustments for Items Paid by Seller in Advance*

| | | |
|---|---|---:|
| 03 | City/Town Taxes 4/20/16 to 6/30/16 | $1,488.99 |
| 04 | County Taxes to | |
| 05 | Assessments to | |
| 06 | Simsbury Fire District 71 days at 0.6630 per diem | $47.07 |

| | | |
|---|---|---:|
| **Due from Seller at Closing** | | **$14,858.00** |
| 01 | Excess Deposit | $5,000.00 |
| 02 | Closing Costs Paid at Closing (J) | $1,458.00 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | |
| 05 | Payoff of Second Mortgage Loan | |
| 06 | | |
| 07 | | |
| 08 | Seller Credit | $8,400.00 |

*Adjustments for Items Unpaid by Seller*

| | |
|---|---|
| 09 | City/Town Taxes to |
| 10 | County Taxes to |
| 11 | Assessments to |

### Contact Information

**REAL ESTATE BROKER (B)**
- Name:
- Address:
- ST License ID:
- Contact:
- Contact ST License ID:
- Email:
- Phone:

**REAL ESTATE BROKER (S)**
- Name:
- Address:
- ST License ID:
- Contact:
- Contact ST License ID:
- Email:
- Phone:

**SETTLEMENT AGENT**
- Name: Lawrence & Jurkiewicz, LLC
- Address: 932 East Main Street, Suite 1, Torrington, CT 06790
- ST License ID: 102374
- Contact: Peter L. Lawrence
- Contact ST License ID:
- Email:
- Phone: 860-626-1333

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

### CALCULATION

| | |
|---|---:|
| Total Due to Seller at Closing | $281,536.06 |
| Total Due from Seller at Closing | $14,858.00 |
| Cash ☐ From ☒ To Seller | $266,678.06 |

CLOSING DISCLOSURE