### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DONALD LEE<br>JOYCE LEE,<br><br>            Debtors. | )<br>)<br>)   **Chapter 7**<br>)<br>)<br>)   **Case No. 15-15235-MDC**<br>)<br>) |

### CERTIFICATE OF NO RESPONSE

On June 2, 2017, Scott Kessler, Accountant to Gary F. Seitz, Chapter 7 Trustee ("Kessler") for the above-captioned case of the debtor (the "Debtor") filed its Application for Compensation and Reimbursement of Expenses (the "Application"). On June 2, 2017, Kessler also filed the Notice of the Application. Responses to the Application were due on or before June 23, 2017. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: 6/28/2017                       GELLERT SCALI BUSENKELL & BROWN, LLC

                                            By:   */s/ Holly E. Smith*
                                                  Holly E. Smith, Esquire
                                                  601 Walnut Street, Suite 470 West
                                                  The Curtis Center
                                                  Philadelphia, PA 19106
                                                  Telephone: (215) 238-0010
                                                  Facsimile: (215) 238-0016
                                                  Email: hsmith@gsbblaw.com

                                                  Counsel to the Chapter 7 Trustee