**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **DONALD LEE and JOYCE LEE,** ) | **Case No. 15-15235-mdc** |
| ) | |
| **Debtors.** ) | |
| ) | |

## ORDER

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Scott H. Kessler, as Accountant for the Trustee from June 15, 2016 through May 31, 2017 ("the Application"); it is ORDERED that the Application is hereby granted and it is further ORDERED that the fee in the amount of $2,870.00 and $0.00 in expenses shall be allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to Scott H. Kessler pursuant to §330 of the Bankruptcy Code.

July 14, 2017

**MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE**