United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald Lee
Joyce Lee
    Debtors

Case No. 15-15235-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jul 14, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
db/jdb     +Donald Lee,   Joyce Lee,   2800 Navajo Path,   Ambler, PA 19002-3634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    JP Morgan Chase Bank, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
        CRAIG H. FOX    on behalf of Creditor    Ambler Savings Bank bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
        GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, hsmith@gsbblaw.com
        GARY F SEITZ    on behalf of Attorney    Gellert Scali Busenkell & Brown LLP gseitz@gsbblaw.com, hsmith@gsbblaw.com
        GARY F SEITZ    on behalf of Accountant Scott Kessler gseitz@gsbblaw.com, hsmith@gsbblaw.com
        GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Accountant Scott Kessler hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
        HOLLY ELIZABETH SMITH    on behalf of Broker    Coldwell Banker Residential Brokerage hsmith@gsbblaw.com
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Joyce Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2    on behalf of Debtor Donald Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Donald Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Joyce Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
        REBECCA K. MCDOWELL    on behalf of Creditor    SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK rmcdowell@slgcollect.com, pwirth@slgcollect.com
        Scott Kessler    shkajk@comcast.net
        THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                            TOTAL: 21

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| DONALD LEE and JOYCE LEE, | ) Case No. 15-15235-mdc |
| | ) |
| Debtors. | ) |
| | ) |

## ORDER

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Scott H. Kessler, as Accountant for the Trustee from June 15, 2016 through May 31, 2017 ("the Application"); it is ORDERED that the Application is hereby granted and it is further ORDERED that the fee in the amount of $2,870.00 and $0.00 in expenses shall be allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to Scott H. Kessler pursuant to §330 of the Bankruptcy Code.

July 14, 2017

**MAGDELINE D. COLEMAN**
**UNITED STATES BANKRUPTCY JUDGE**