**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | )    **Chapter 7** |
| **DONALD LEE and** | ) |
| **JOYCE  LEE,** | ) |
| | )    **Case No. 15-15235-MDC** |
| **Debtors.** | ) |
| | ) |

**CERTIFICATE OF NO RESPONSE**

On June 23, 2017, Gellert Scali Busenkell & Brown LLC (GSB&B LLC), General Counsel to Gary F. Seitz, Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") filed its First and Final Fee Application for Compensation and Reimbursement of Expenses (the "Application").  On June 23, 2017, GSB&B LLC also filed the Notice of the Application. Responses to the Application were due on or before July 14, 2017. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: 7/24/2017                   GELLERT SCALI BUSENKELL & BROWN, LLC

                        By:    */s/ Holly E. Smith*
                               Holly E. Smith, Esquire
                               601 Walnut Street, Suite 470 West
                               The Curtis Center
                               Philadelphia, PA 19106
                               Telephone: (215) 238-0010
                               Facsimile: (215) 238-0016
                               Email: hsmith@gsbblaw.com

                               Counsel to the Chapter 7 Trustee