# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| DONALD LEE ) | |
| JOYCE LEE, ) | |
| ) | Case No. 15-15235-MDC |
| Debtors. ) | |
| ) | |

## ORDER

Upon consideration of the First and final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of September 22, 2015 through June 20, 2017 (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and that compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $14,550.00 and reimbursement of actual expenses in the amount of $724.66 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

August 8, 2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Interested Parties:
Office of the U.S. Trustee
Debtor
Debtor' Counsel
Trustee
Counsel for Trustee