United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald Lee
Joyce Lee
    Debtors

Case No. 15-15235-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Aug 08, 2017
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.
db/jdb       +Donald Lee,   Joyce Lee,   2800 Navajo Path,   Ambler, PA 19002-3634
aty          +Gellert Scali Busenkell & Brown LLP,   The Curtis Center,   601 Walnut Street,   Suite 750 West,
              Philadelphia, PA 19106-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    JP Morgan Chase Bank, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
         CRAIG H. FOX    on behalf of Creditor    Ambler Savings Bank bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
         GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com, hsmith@gsbblaw.com
         GARY F SEITZ    on behalf of Attorney    Gellert Scali Busenkell & Brown LLP gseitz@gsbblaw.com, hsmith@gsbblaw.com
         GARY F SEITZ    on behalf of Accountant Scott   Kessler gseitz@gsbblaw.com, hsmith@gsbblaw.com
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
         HOLLY ELIZABETH SMITH    on behalf of Accountant Scott   Kessler hsmith@gsbblaw.com
         HOLLY ELIZABETH SMITH    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
         HOLLY ELIZABETH SMITH    on behalf of Broker    Coldwell Banker Residential Brokerage hsmith@gsbblaw.com
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Joyce   Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
         MICHAEL A. CATALDO2    on behalf of Debtor Donald   Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Debtor Donald   Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Joyce   Lee ecf@ccpclaw.com, igotnotices@ccpclaw.com
         REBECCA K. MCDOWELL    on behalf of Creditor    SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK rmcdowell@slgcollect.com, pwirth@slgcollect.com
         Scott Kessler    shkajk@comcast.net
         THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                       TOTAL: 21

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | )    Chapter 7 |
| **DONALD LEE** | ) |
| **JOYCE LEE,** | ) |
| | )    Case No. 15-15235-MDC |
| **Debtors.** | ) |
| | ) |

## ORDER

Upon consideration of the First and final Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of September 22, 2015 through June 20, 2017 (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and that compensation to Gellert Scali Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $14,550.00 and reimbursement of actual expenses in the amount of $724.66 incurred by Gellert Scali Busenkell & Brown LLC in rendering said services to the Trustee.

August 8, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Interested Parties:
Office of the U.S. Trustee
Debtor
Debtor' Counsel
Trustee
Counsel for Trustee