IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: October 25, 2017

IN RE:                                          :         Chapter 7

Donald Lee
Joyce Lee
                Debtor(s)              :         Bankruptcy No. 15-15235MDC

CERTIFICATION OF COSTS

The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before N/A.

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin Fee Paid 7/23/15 - No additional charge | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | None Filed or None chargeable | $0.00 |
| Copies | | |
| | TOTAL: | $0.00 |

Dated at Philadelphia, Pennsylvania
this 27th day of October 2017

TIMOTHY B. MCGRATH, Clerk

By:     Randi Janoff
            Deputy Clerk

Certcost 8/99