United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donald Lee  
Joyce Lee  
    Debtors

Case No. 15-15235-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 3     Date Rcvd: Apr 10, 2018  
                  Form ID: pdf900    Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.

```
db/jdb         +Donald Lee,    Joyce Lee,    2800 Navajo Path,    Ambler, PA 19002-3634
aty             Gellert Scali Busenkell & Brown LLP,    The Curtis Center,    601 Walnut Street,    Suite 750 West,
                  Philadelphia, PA  19106
cr             +Ambler Savings Bank,    Fox and Fox Attorneys at Law, P.C.,    c/o Craig H. Fox, Esquire,
                  425 Swede Street,    One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
br             +Coldwell Banker Residential Brokerage,    119 Hebron Ave.,    Glastonbury, CT 06033-4223
cr             +SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK,    2 Aldwyn Lane,    Villanova, PA 19085-1420
13577035     ++AMBLER SAVINGS BANK,    PO BOX 210,    AMBLER PA 19002-0210
              (address filed with court: Ambler Savings Bank,    106 E. Butler Poke,    Ambler, PA 19002)
13577034      Advanta,    PO Box 606676,    Dallas, TX 75266
13583088     +Ambler Savings Bank,    c/o Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law, P.C.,
                  425 Swede Street,    One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
13577036     +America Express,    PO Box 1270,    Newark, NJ 07101-1270
13577037     +America Express Costco,    PO Box 1270,    Newark, NJ 07101-1270
13577038     +America Express Delta,    PO Box 1270,    Newark, NJ 07101-1270
13577039     +American Express,    PO Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13605327      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13606174      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13577040    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13577041     +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13577052    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                  Kansas City, MO 64195)
13577044     +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13604194      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13577045     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13577046     +Chase Amazon,    PO Box 15123,    Wilmington, DE 19850-5123
13577048     +Chase Auto,    Chase Card Svcs/Attn:Bankruptcy Dept,    PO Box 15298,    Wilmington, DE 19850-5298
13577049     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13577051     +Citibank Sd, Na,    Citi Corp Credit Services/Attn:Centraliz,    PO Box 790040,
                  Saint Louis, MO 63179-0040
13577057     +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13577058     +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13577061     +Fred Buckman & Valerie Buckman,    341 Leeward Circle,    Azle, TX 76020-4914
13710224     +JPMorgan Chase Bank N.A.,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839854     +JPMorgan Chase Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13630073     +Lynn E. Feldman, Chapter 7 Trustee for the Estate,    of Fabulous Fitness, Inc.,
                  c/o Lawrence J. Kotler, Esquire,    30 South 17th Street,    Philadelphia, PA 19103-4001
13586017      Lynn E. Feldman, Esquire, Chapter 7 Trustee for,    the estate of Fabulous Fitness, Inc.,
                  c/o Lawrence J. Kotler, Esquire,    DUANE MORRIS LLP,    30 South 17th Street,
                  Philadelphia, PA 19103-4196
13577066     +NLC INSURANCE COMPANY,    PO BOX 40,    Norwich, CT 06360-0040
13577067      PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                  Harrisburg, PA 17120-0946
13577068     +Pay Pal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
13577074     +STATE LINE OIL,    514 SALMON BROOK ST,    Granby, CT 06035-1100
13585253      Santander Bank N.A.,    2 Aldwyn Lane,    E. Lancaster Ave. & Sproul Rd.,    MC: 20-536-CM3,
                  Villanova, PA 19085-1420
13584960     +Santander Bank, N.A., formerly Sovereign Bank,    2 Aldwyn Lane,    Villanova PA 19085-1420
13577070     +Shell/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13577071     +Sovereign Bank,    8080 Old York Road,    Elkins Park, PA 19027-1425
13577072     +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                  Highlands Ranch, CO 80129-2386
13577073      Staples,    PO Box 7949,    Dallas, TX 75265
13577075     +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                  Chicago, IL 60661-3631
13577076    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701)
13572079     +Wells Fargo Bank N.A.,    c/o Chrisovalante P. Fliakos, Esq.,
                  Phelan Hallinan Diamond & Jones LLP,    1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,
                  Phila., PA 19103-1823
```

```
District/off: 0313-2           User: Antoinett            Page 2 of 3              Date Rcvd: Apr 10, 2018
                               Form ID: pdf900            Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg               E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:47:02     City of Philadelphia,
                   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:33
                   Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2018 01:46:48     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13629511          E-mail/Text: bkr@cardworks.com Apr 11 2018 01:46:07     Advanta Bank Corporation,
                   Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13617138          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2018 01:47:42
                   American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                   Oklahoma City, OK  73124-8866
13577053          E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:47:02     City Of Philadelphia,
                   Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13577054          E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:47:02     City of Philadelphia,
                   Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13620594         +E-mail/Text: bncmail@w-legal.com Apr 11 2018 01:46:43     COMENITY CAPITAL BANK,
                   C/O WEINSTEIN & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13577043         +E-mail/Text: bkdept@cancapital.com Apr 11 2018 01:46:08     Can Capital Inc.,
                   2015 Vaughn Road, NW Ste 500,   Kennesaw, GA 30144-7831
13630590          E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2018 01:47:32     Capital Recovery V, LLC,
                   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13577047         +E-mail/Text: bk.notifications@jpmchase.com Apr 11 2018 01:46:16     Chase Auto,
                   Attn:National Bankruptcy Dept,   PO Box 29505,   Phoenix, AZ 85038-9505
13577050         +E-mail/Text: ecf@ccpclaw.com Apr 11 2018 01:46:09     Cibik and Cataldo, P.C.,
                   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13577055         +E-mail/Text: B@directcapital.com Apr 11 2018 01:47:22     Direct Capital,   155 Commerce Way,
                   Portsmouth, NH 03801-3243
13597287          E-mail/Text: mrdiscen@discover.com Apr 11 2018 01:46:10     Discover Bank,
                   Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13577056         +E-mail/Text: mrdiscen@discover.com Apr 11 2018 01:46:10     Discover Fin Svcs Llc,
                   Po Box 15316,   Wilmington, DE 19850-5316
13577059         +E-mail/Text: Bankruptcy@FCScollects.com Apr 11 2018 01:47:20     First Collection Svcs,
                   10925 Otter Creek Rd E,   Mabelvale, AR 72103-1661
13577062         +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:50     GECRB/Amazon,   Attn: Bankruptcy,
                   PO Box 103104,   Roswell, GA 30076-9104
13577063         +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:31     GECRB/Lowes,
                   Attention: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
13577064         +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:41     GECRB/Walmart,   Attn: Bankruptcy,
                   PO Box 103104,   Roswell, GA 30076-9104
13577065          E-mail/Text: cio.bncmail@irs.gov Apr 11 2018 01:46:13     I.R.S.,   P.O. Box 7346,
                   Philadelphia, PA 19101-7346
13641902         +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2018 01:47:32
                   PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13577069         +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:41     Sams Club / GEMB,
                   Attention: Bankruptcy Department,   PO box 103104,   Roswell, GA 30076-9104
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13607792*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13607793*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13606175*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13577042*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
13577060       ##+Fossler Realty Associates,   46 Church Road,   Elkins Park, PA 19027-2250
                                                                                               TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett              Page 3 of 3          Date Rcvd: Apr 10, 2018
                              Form ID: pdf900              Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JP Morgan Chase Bank, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              CRAIG H. FOX    on behalf of Creditor    Ambler Savings Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              GARY F SEITZ    on behalf of Accountant Scott  Kessler gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              GARY F SEITZ    on behalf of Attorney    Gellert Scali Busenkell & Brown LLP gseitz@gsbblaw.com,
               hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Accountant Scott  Kessler hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Broker    Coldwell Banker Residential Brokerage
               hsmith@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL A. CATALDO2    on behalf of Debtor Donald  Lee ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Joyce  Lee ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Joyce  Lee ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Donald  Lee ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              REBECCA K. MCDOWELL    on behalf of Creditor    SANTANDER BANK, N.A. F/K/A SOVEREIGN BANK
               rmcdowell@slgcollect.com,  pwirth@slgcollect.com
              Scott  Kessler    shkajk@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 21
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-15235-MDC |
| | § | |
| DONALD LEE | § | |
| JOYCE LEE, | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gary F. Seitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on 05/02/2018, in Courtroom 2, United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/02/2018            By:  /s/ Gary F. Seitz
                                         Trustee

Gary F. Seitz
Gellert Scali Busenkell & Brown, LLC
The Curtis Center, 601 Walnut Street, Suite 750W
Philadelphia, PA 19106

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| In re: | § | Case No. 15-15235-MDC |
|---|---|---|
|  | § |  |
| DONALD LEE | § |  |
| JOYCE LEE, | § |  |
|  | § |  |
| Debtor(s) | § |  |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $280,000.00 |
| *and approved disbursements of* | $208,974.72 |
| *leaving a balance on hand of*[1] : | $71,025.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|---:|
|  | Morgan Stanley Mortgage Capital | $149,427.00 | $127,012.95 | $127,012.95 | $0.00 |
|  | Wells Fargo Home Mortgage, Inc. | $37,955.84 | $37,955.84 | $37,955.84 | $0.00 |
| 7 | Ambler Savings Bank | $137,273.72 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $71,025.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gary F. Seitz, Trustee Fees | $17,250.00 | $0.00 | $17,250.00 |
| Gary F. Seitz, Trustee Expenses | $207.68 | $0.00 | $207.68 |
| GELLERT SCALI BUSENKELL & BROWN | $14,207.50 | $0.00 | $14,207.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| LLC, Attorney for Trustee Fees | | | |
| GELLERT SCALI BUSENKELL & BROWN LLC, Attorney for Trustee Expenses | $724.66 | $0.00 | $724.66 |
| Scott Kessler, Accountant for Trustee Fees | $2,870.00 | $0.00 | $2,870.00 |
| Other: INTERNAL REVENUE SERVICE, Income Taxes - Internal Revenue Service | $6,022.00 | $0.00 | $6,022.00 |
| Other: INTERNAL REVENUE SERVICE, Income Taxes - Internal Revenue Service | $6,022.00 | $0.00 | $6,022.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $47,303.84 |
| Remaining balance: | $23,721.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $23,721.44 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,775.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 26 | Fred Buckman & Valerie Buckman | $2,775.00 | $0.00 | $2,775.00 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $2,775.00 |
| Remaining balance: | $20,946.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $592,878.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Santander Bank, N.A., formerly Sovereign Bank | $0.00 | $0.00 | $0.00 |
| 2 | Discover Bank | $11,578.10 | $0.00 | $409.06 |
| 3 | Discover Bank | $10,266.63 | $0.00 | $362.72 |
| 4 | Capital One Bank (USA), N.A. | $5,953.38 | $0.00 | $210.33 |
| 5 | Capital One Bank (USA), N.A. | $7,095.05 | $0.00 | $250.67 |
| 6 | American Express Bank, FSB | $9,713.92 | $0.00 | $343.19 |
| 8 | American Express Centurion Bank | $5,953.92 | $0.00 | $210.35 |
| 9 | American Express Centurion Bank | $209.16 | $0.00 | $7.39 |
| 10 | American Express Bank, FSB | $14,973.65 | $0.00 | $529.02 |
| 11 | American Express Bank, FSB | $19,467.28 | $0.00 | $687.78 |
| 12 | American InfoSource LP as agent for | $368.37 | $0.00 | $13.01 |
| 13 | Can Capital Inc. | $47,096.04 | $0.00 | $1,663.91 |
| 14 | COMENITY CAPITAL BANK | $5,202.63 | $0.00 | $183.81 |
| 15 | COMENITY CAPITAL BANK | $4,165.04 | $0.00 | $147.15 |
| 16 | Advanta Bank Corporation | $1,898.93 | $0.00 | $67.09 |
| 17 | Lynn E. Feldman, Chapter 7 Trustee for the Estate | $395,640.66 | $0.00 | $13,978.01 |
| 18 | Capital Recovery V, LLC | $3,936.29 | $0.00 | $139.07 |
| 19 | Capital Recovery V, LLC | $3,927.84 | $0.00 | $138.77 |
| 20 | Capital Recovery V, LLC | $1,569.35 | $0.00 | $55.45 |
| 21 | Capital Recovery V, LLC | $1,744.06 | $0.00 | $61.62 |
| 22 | Capital Recovery V, LLC | $5,040.82 | $0.00 | $178.09 |
| 23 | PYOD, LLC its successors and assigns as assignee | $24,534.65 | $0.00 | $866.81 |
| 24 | PYOD, LLC its successors and assigns as assignee | $5,806.28 | $0.00 | $205.14 |
| 25 | PYOD, LLC its successors and assigns as assignee | $5,711.63 | $0.00 | $201.79 |
| 26a | Fred Buckman & Valerie Buckman | $1,025.00 | $0.00 | $36.21 |

Total to be paid to timely general unsecured claims:  $20,946.44
Remaining balance:  $0.00

**UST Form 101-7-NFR (10/1/2010)**

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Gary F. Seitz
Trustee

Gary F. Seitz
Gellert Scali Busenkell & Brown, LLC
The Curtis Center, 601 Walnut Street, Suite 750W
Philadelphia, PA 19106

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**